IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv46-WHA |
| | ) | (WO) |
| DAVID FRANKLIN COTNEY, JR. | ) | |

## JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent, and against the Petitioner, David Franklin Cotney, Jr., and this case is DISMISSED.

DONE this 12th day of December, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE